FILED
2011 MAR -2  AM 11: 46
DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 11-  CR11-0181 |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | [26 U.S.C. § 7201: Attempt to Evade or Defeat Tax] |
| JAMES LEMUS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about August 19, 2004, defendant JAMES LEMUS ("defendant"), a resident of Shadow Hills, California, in Los Angeles County, within the Central District of California, willfully attempted to evade and defeat the payment of a substantial part of the income tax due and owing by him to the United States of America for the calendar year 2003, by filing and causing to be filed with the Director of the Internal Revenue Service a false and fraudulent U.S. Individual Income Tax Return, Form 1040. In that false tax return, defendant stated that his taxable income for the calendar year 2003 was $-0-, and that the amount of tax due and owing by him was $-0-, when in truth and in

MAW:maw

fact, as defendant then well knew, his taxable income for the calendar year 2003 was actually approximately $73,611, upon which taxable income there was due and owing to the United States of America taxes of approximately $20,626.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Environmental Crimes Section