LAW OFFICES OF MARVIN L. RUDNICK
Marvin L. Rudnick, Esq. (SBN 141648)
marvinrudnick@yahoo.com
42 E. Colorado Blvd.
Second Floor
Pasadena, CA 91105
Telephone: (626) 796-7799
Facsimile: (626) 796-2029
Attorney for Defendant JAMES LEMUS

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR. 11-00181 - MMM |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ **ORDER TO CONTINUE SENTENCING HEARING;** |
| JAMES LEMUS, | |
| Defendant. | [RULE 32, F.R. Crim. P.] |

Upon Stipulation of the Parties to Continue Hearing,

It is hereby Ordered that the Sentencing Hearing in the above matter scheduled for August 29, 2011 at 1:15 P.M. be continued to October ~~17~~ **24**, 2011 at 1:15 PM. The parties' position papers must be filed no later than October 3, 2011. Any responses there to must be filed no later than October 11, 2011.

NO FURTHER EXTENSIONS WILL BE GRANTED

Dated: July 28, 2011    By: _Margaret M. Morrow_
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER TO CONTINUE SENTENCING HEARING